# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JEROME P. FARMER                                                                                       PLAINTIFF
ADC #179184

v.                                            3:20-cv-00343-DPM-JJV

KEITH BOWERS, Administrator,                                                                    DEFENDANTS
Craighead County Detention Center; *et al.*

## ORDER

Plaintiff Jerome P. Farmer ("Plaintiff") is incarcerated at the Craighead County Detention Center. On October 28, 2020, Plaintiff filed this case arising from his alleged exposure to Covid-19 at the Detention Center and his subsequent positive test result. Plaintiff then filed two more cases making related claims: *Famer v. Bowers*, 3:20-cv-00366-DPM and *Farmer v. Moyer*, 3:20-cv-00387-DPM. In the meantime, *Famer v. Bowers*, 3:20-cv-00366-DPM and *Farmer v. Moyer*, 3:20-cv-00387-DPM have been closed, and relevant documents from those cases have been filed in the case at hand per instructions from chambers. (Doc. Nos. 3, 4, 6.)

Currently, Plaintiff makes claims against Defendants Bowers, Raymond, and Boyd in one Amended Complaint and against the remainder of Defendants in another Amended Complaint—a result of documents other cases being filed here. (Doc. Nos. 6, 7.) When initially screening Plaintiff's claims in this case, I cautioned him that an amended complaint would render his current pleading without legal effect. (Doc. No. 5 at 6.) Generally, I consider only claims set out in a plaintiff's most recent amended complaint. Taking into account the procedural history of this case and the fact that Plaintiff's claims against the various Defendants are related, however, I view the Amended Complaints at docket entry numbers 6 and 7 as one pleading. Plaintiff is advised that if he wishes to amend his pleading in the future, the filing of any further amended complaint will

render his Amended Complaint (Doc. Nos. 6, 7) without legal effect.  Plaintiff is also advised to file under this case number any amendments to the claims he currently makes.

Having reviewed Plaintiff's Amended Complaint (Doc. Nos. 6, 7) for screening purposes,[1] the Court concludes service of Plaintiff's claims are appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendants Keith Bowers, Toni Raymond, Marty Boyd, Luke Moyer, J. Frazier, J. Meredith, A. Niewirowicz, C. Rains, and C. Tate.  The United States Marshal shall serve a copy of the Amended Complaint (Doc. Nos. 6, 7), Summons, and this Order on each Defendant without prepayment of fees and costs or security therefore. Service for Defendants should be attempted through the Craighead County Sheriff's Office, 901 Willett Road, Jonesboro, Arkansas 72401.

DATED this 4th day of January 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).