IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEROME P. FARMER                                                           PLAINTIFF
ADC #179184

v.                              No. 3:20-cv-343-DPM

KEITH BOWERS, Admin,
Craighead County Detention Center;
TONI RAYMOND, Assistant Jail
Administrator, Craighead County Jail;
MARTY BOYD, Sheriff, Craighead
County Sheriff Department; LUKE
MOYER, Sergeant, Craighead County
Jail; J. FRAIZER, CO, Craighead County
Jail; J. MEREDITH, CO, Craighead
County Jail; A. NIEWIROWICZ, CO,
Craighead County Jail; C. RAINS, CO,
Craighead County Jail; and C. TATE,
CO, Craighead County Jail                                              DEFENDANTS

## ORDER

**1.** The Court withdraws the reference.

**2.** Farmer hasn't updated his address; and the time to do so has passed. *Doc. 26*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>30 April 2021</u>