**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JEROME P. FARMER**                                                                      **PLAINTIFF**
**ADC # 179184**


**v.**                                    **No. 3:20-cv-343-DPM**


**KEITH BOWERS, Admin,
Craighead County Detention Center;
TONI RAYMOND, Assistant Jail
Administrator, Craighead County Jail;
MARTY BOYD, Sheriff, Craighead
County Sheriff Department; LUKE
MOYER, Sergeant, Craighead County
Jail; J. FRAIZER, CO, Craighead County
Jail; J. MEREDITH, CO, Craighead
County Jail; A. NIEWIROWICZ, CO,
Craighead County Jail; C. RAINS, CO,
Craighead County Jail; and C. TATE,
CO, Craighead County Jail**                                      **DEFENDANTS**

**JUDGMENT**

Farmer's complaint is dismissed without prejudice.


D.P. Marshall Jr.
United States District Judge

30 April 2021